IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MALLORY PATTERSON, *et al.*,
   Plaintiffs,

v.                                                      Civil No. 3:23cv757 (DJN)

VIRGINIA DEPARTMENT
OF CORRECTIONS,
   Defendant.

## ORDER
**(Acknowledging Stipulation of Dismissal with Prejudice)**

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 43.) The Court hereby ACKNOWLEDGES this voluntary dismissal with prejudice and shall retain jurisdiction over the parties' settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

The Court DIRECTS the Clerk's Office to close this case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                            /s/
                                                       David J. Novak
Richmond, Virginia                             United States District Judge
Dated: <u>April 24, 2025</u>

---

[1] Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for each party signed the stipulation.